**No. 09-11518. Max D. Antoine, Petitioner v. Phillip Rucker, et al.**

562 U.S. 885, 131 S. Ct. 213, 178 L. Ed. 2d 128, 2010 U.S. LEXIS 7039.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 361 Fed. Appx. 389.